# IN THE SUPREME COURT OF PENNSYLVANIA

RE: REAPPOINTMENT TO COURT OF : No. 645
: 
JUDICIAL DISCIPLINE : SUPREME COURT RULES DOCKET

## O R D E R

**PER CURIAM:**

AND NOW, this 15th day of August, 2014, The Honorable Charles A. Clement, Jr., Cumberland County, is hereby reappointed as a member of the Court of Judicial Discipline for a term expiring April 8, 2015.